## PARTRIDGE v. SHEPARD and Others.

### No. 9403; December 15, 1886.

#### 12 Pac. 351.

**Ejectment—Defendant not in Possession—**Ejectment will not lie against one not in possession of the land sought to be recovered.

APPEAL from Superior Court, City and County of San Francisco.

E. A. & G. E. Lawrence for appellant; Daniel Rogers for respondent.

By the COURT.—In this cause, which is ejectment, the court found that defendants were not in possession when the action was commenced. This finding is sustained by the evidence. Judgment passed for defendants. The finding above mentioned is conclusive of the cause and no other point need be determined.

Judgment and order affirmed.